UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GREGORY MILES BARTLETT,

                Plaintiff,

-against-

TRIBECA LENDING CORP; FRANKLIN MORTGAGE – ASSET TRUST 2009-A,

                Defendants.

22-CV-5761 (LTS)

CIVIL JUDGMENT

---

Pursuant to the order issued July 14, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the January 29, 2016 order in *Bartlett v. Tribeca Lending Corp.*, ECF 1:15-CV-6102, 11 (S.D.N.Y. Jan. 29, 2016), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 14, 2022
          New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge